UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **STEPHEN ROBERT RUE, ET AL.** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 07-6967** |
| | * | |
| **FIDELITY NATIONAL INSURANCE COMPANY** | * | **SECTION "L"(1)** |

## ORDER

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed and a copy be delivered to chambers eight days prior to the date set for hearing on the motion. No memorandum in opposition to Defendant Fidelity National Insurance Company's Motion to Quash Jury Demand (Rec. Doc. No. 7), set for hearing on August 27, 2008, has been timely submitted by the Plaintiff. The trial for this matter is set to begin at 9:00 a.m. on December 15, 2008 without a jury.

Accordingly, this motion is deemed to be unopposed, and furthermore, it appearing to the Court that the motion is grounded in law and fact, **IT IS ORDERED** that Defendant Fidelity National Insurance Company's Motion to Quash Jury Demand is **GRANTED**

New Orleans, Louisiana, this 12th day of September, 2008.

UNITED STATES DISTRICT JUDGE